UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| United States of America, )<br>)<br>v. )<br>)<br>Martin B. London, )<br>)<br>Defendant. )<br>_____ ) | Cr. No.: 8:12-cr-00699-GRA-1<br><br>**ORDER**<br>(Written Opinion) |

The Defendant, Martin B. London, has moved this Court to terminate his probationary sentence pursuant to 18 U.S.C. § 3564(c). ECF No. 197. For the reasons set forth below, Defendant's motion is GRANTED.

On May 13, 2013, Defendant pled guilty to Wire Fraud in violation of 18 U.S.C. § 1343. ECF No. 174. Defendant was sentenced that same day to a term of probation for three (3) years. ECF Nos. 176 & 185. Defendant is now seventy-seven (77) years of age, ECF No. 197, he is in full compliance with the terms and conditions of his probation, ECF Nos. 197 & 197-1, and the instant offense represents his first arrest and conviction, ECF No. 197-1. Defendant has paid the mandatory special assessment and does not have any other court ordered financial penalties or identified victims that are owed restitution. ECF No. 197-1. Defendant's primary residence is White Plains, NY, but he has spent a significant amount of time at his Florida residence where he assists his brother, who suffered a Traumatic Brain Injury. *Id.* Additionally, Defendant's Supervising U.S. Probation Officer has no objections to the early termination of Defendant's probation. *Id.* After considering the factors contained in 18 U.S.C. § 3553(a), and pursuant to 18 U.S.C. § 3564(c), this Court

orders that Defendant's previously imposed term of probation be terminated and that he be discharged.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Terminate Probation is GRANTED.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

May  22 , 2014
Anderson, South Carolina